IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 22-100-01 |
| | : | |
| MUHAMMAD ALEEM WARE | : | |
| a/k/a "Mu" | : | |
| a/k/a "Moo" | : | |

## ORDER OF FORFEITURE

IT IS HEREBY ORDERED THAT:

1.     As a result of defendant Muhammad Aleem Ware's guilty plea as to

Counts One and Two of the Indictment, charging him conspiracy to deal in firearms without a

license, in violation of 18 U.S.C. § 371 (Count One); and dealing in firearms without a license, in

violation of 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D) (Count Two), the defendant is required

to forfeit criminally any firearms and ammunition involved in or used in such violations,

pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.     All firearms and ammunition involved in or used in the defendant's

violations of 18 U.S.C. §§ 371, 922(a)(1)(A), and 924(a)(1)(D), are forfeited to the United

States.

3.     The Court has determined, based on the facts set forth at the change of

plea hearing, as well as those set forth in the Guilty Plea Agreement, and those set forth in the

record as a whole, that the following specific property is subject to forfeiture as a result of the

defendant's guilty plea to the illegal acts alleged in Counts One and Two of the Indictment, that

the government has established the requisite nexus between such property and such offenses, and

that the following property is forfeited to the United States:

| | FFL Location | Firearm | Serial Number |
|---|---|---|---|
| 1 | Elite Firearms, LLC | Glock, Model G26, 9mm semi-automatic pistol | ACXF072 |
| 2 | Elite Firearms, LLC | Glock,Model 19,9mm semi-automatic pistol | BNED385 |
| 3 | Elite Firearms, LLC | Ruger, Model Security 9, 9mm semi-automatic pistol | 38212185 |
| 4 | Elite Firearms, LLC | Glock,Model45,9mm semi-automatic pistol | BMFC372 |
| 5 | Elite Firearms, LLC | Taurus, Model G2S, 9mm semi-automatic pistol | ADD474957 |
| 6 | Elite Firearms, LLC | FN Model 503 9mm semi-automatic pistol | CV004160 |
| 7 | Elite Firearms, LLC | FN,ModelFNX9,9mm semi-automatic pistol | FX1U030651 |
| 8 | Elite Firearms, LLC | CZ, Model P-l0C, 9mm semi-automatic pistol | D240699 |
| 9 | Elite Firearms, LLC | Glock, Model 044, .22 caliber semi-automatic pistol | AEHR169 |
| 10 | Elite Firearms, LLC | CZ, Model P-10 F, 9mm semi-automatic pistol | D121909 |
| 11 | Elite Firearms, LLC | Springfield, Model XDM, 9mm semi-automatic pistol | BY176035 |
| 12 | Elite Firearms, LLC | Smith & Wesson, .I Mode M&P Shield, 9mm semi-automatic pistol | JET7825 |
| 13 | Elite Firearms, LLC | Springfield, Model Hellcat, 9mm semi-automatic pistol | BY188669 |

| 14 | Elite Firearms, LLC | CZ, Model 75, 9mm semi- automatic pistol | C727680 |
| 15 | Elite Firearms, LLC | Springfield, Model Hellcat, 9mm semi- automatic pistol | BY253309 |
| 16 | Elite Firearms, LLC | F , Model 509T, 9mm semi-automatic pistol | GKSOlOl 830 |
| 17 | Elite Firearms, LLC | Springfield, Model Hellcat 9mm semi- automatic pistol | BY188697 |
| 18 | Elite Firearms, LLC | Springfield, Model Hellcat, 9mm semi- automatic pistol | BY188678 |
| 19 | Elite Firearms, LLC | Zastava, Model ZPAP, 5.56x45 semi-automatic rifle | 285-008985 |
| 20 | Elite Firearms, LLC | Sig Sauer, Model P320, 9mm semi-automatic pistol | 58C050926 |
| 21 | Elite Firearms, LLC | Canik, Model TP9SF, 9mm semi-automatic pistol | T647Z- 20BC21061 |
| 22 | Elite Firearms, LLC | Springfield, Model XDE, 9mm semi-automatic pistol | AT203313 |
| 23 | Elite Firearms, LLC | Springfield, Model Hellcat, 9mm semi- automatic pistol | BY168901 |
| 24 | Elite Firearms, LLC | Walther, Model PPS M2, 9mm semi-automatic pistol | AA2114 |
| 25 | Elite Firearms, LLC | Glock, Model G22, .40 caliber semi-automatic pistol | AERB147 |
| 26 | Elite Firearms, LLC | CZ, Model P-07, 9mm semi- automatic pistol | C912625 |
| 27 | Elite Firearms, LLC | Taurus, Model G2C, 9mm semi- automatic pistol | ABG641916 |
| 28 | Elite Firearms, LLC | Taurus, Model G2C, 9mm semi- | ABG641611 |

| | | automatic pistol | |
|---|---|---|---|
| 29 | Elite Firearms, LLC | Glock, Model 040, 10mm semi-automatic pistol | BNTR712/71Z |
| 30 | Elite Firearms, LLC | Tisas-Trabzon, Model ZIG Ml 911, .45 caliber semi-automatic oistol | T-0620-20Z08239 |
| 31 | Elite Firearms, LLC | Sig Sauer, Model P320, 9mm semi-automatic oistol | M18-085629 |
| 32 | Elite Firearms, LLC | Sig Sauer, Model P320, 9mm semi-automatic oistol | M18-085631 |
| 33 | Elite Firearms, LLC | Smith & Wesson, Model Shield, 9mm semi-automatic oistol | JEX1477 |
| 34 | Elite Firearms, LLC | Glock, Model 044, .22LR caliber semi-automatic pistol | AELY226 |
| 35 | Elite Firearms, LLC | Smith & Wesson, Model M&P 20, .45 caliber semi-automatic oistol | NAV0247 |
| 36 | Elite Firearms, LLC | Taurus, Model 02S 9mm semi-automatic oistol | TMS99059 |
| 37 | Elite Firearms, LLC | EAA, odel EA9L 9mm semi-automatic pistol | BAAD1526 |
| 38 | Elite Firearms, LLC | FN, Model F K9,,9mm semi-automatic pistol | FX1U03631 |
| 39 | Elite Firearms, LLC | CZ, Model 75B, 9mm semi-automatic oistol | D257215 |
| 40 | Elite Firearms, LLC | Girsan, Model MC28SAT, 9mm semi-automatic pistol | T6368-20AV01480 |

| 41 | Elite Firearms, LLC | Smith & Wesson, Model M&P 2.0, 9mm semi- automatic oistol | NBY2316 |
|---|---|---|---|
| 42 | Elite Firearms, LLC | Smith & Wesson, odel M&P 2.0, 9mm semi- automatic oistol | NCE4941 |
| 43 | Elite Firearms, LLC | Smith & Wesson, Model M&P9, 9mm semi- automatic pistol | NCD4892 |
| 44 | Elite Firearms, LLC | Mossberg, Model MClSC, 9mm semi- automatic pistol | 028148CP |
| 45 | Elite Firearms, LLC | CZ,ModelP07,9mm semi-automatic pistol | D321895 |
| 46 | Elite Firearms, LLC | SAR, Model P8S 9mm semi- automatic pistol | 20M50374 |
| 47 | Elite Firearms, LLC | F , Model Five Seven, 5.7x28 semi- automatic pistol | 386393224 |
| 48 | Elite Firearms, LLC | Century, Model AK.9, 9mm semi-automatic pistol | RDN2044837 |
| 49 | Elite Firearms LLC | Taurus, Model G3C, 9mm semi- automatic pistol | ABG654096 |
| 50 | Elite Firearms, LLC | Smith & Wesson, Model M&P Shield, .40 caliber semi- automatic pistol | JEY2250 |
| 51 | Elite Firearms, LLC | Smith & Wesson, Model M&P Shield, 9mm semi- automatic pistol | NIA |

| 52 | Elite Firearms, LLC | CZ, Model P-07, 9mm semi-automatic pistol | D285576 |
| 53 | Elite Firearms, LLC | CZ, Model P-lOF, 9mm semi-automatic pistol | D136694 |
| 54 | Elite Firearms, LLC | CZ, Model 7BB, 9mm semi-automatic pistol | D137544 |
| 55 | Elite Firearms, LLC | CZ, Model 5D1, 9mm semi-automatic pistol | D328602 |
| 56 | Elite Firearms, LLC | CZ Model P-01, 9mm semi-automatic pistol | D327360 |
| 57 | Elite Firearms, LLC | CZ, Model 97BO, .45ACP semi-automatic pistol | D217626 |
| 58 | Elite Firearms, LLC | SCCY, Model CPX-2, 9mm semi-automatic pistol | 948766 |
| 59 | Elite Firearms, LLC | SCCY, Model CPX-2, 9mm semi-automatic pistol | 948765 |
| 60 | Elite Firearms, LLC | CZ, Model 75B, 9mm semi-automatic pistol | CCCP3583 |
| 61 | Elite Firearms, LLC | CZ, Model 75B, 9mm semi-automatic pistol | CCCP3142 |
| 62 | Elite Firearms, LLC | Canik, Model TP9 FX, 9mm semi-automatic pistol | 20BC33352 |
| 63 | Elite Firearms, LLC | CZ, Model 75SP-Ol, 9mm semi-automatic pistol | D116122 |
| 64 | Elite Firearms, LLC | CZ,ModelP10S,9mm semi-automatic pistol | C923093 |

| 65 | Elite Firearms, LLC | CZ,  odelPlO ,9mrn semi-automatic pistol | C923109 |
| 66 | Elite Firearms, LLC | CZ, Model PlOS, 9mm semi-automatic pistol | C903097 |
| 67 | Elite Firearms, LLC | CZ Model PIOS, 9mm semi-automatic pistol | C891482 |
| 68 | Elite Firearm , LLC | CZ, Model Pl OS, 9mm semi-automatic pistol | C931091 |
| 69 | Bass Pro Shops | Glock, Model 30, .45 caliber semi-automatic pistol | BNKZ249 |
| 70 | Bass Pro Shops | Glock Model43,9mm semi-automatic pistol | AESX161 |
| 71 | Bass Pro Shops | Glock, Model 43, 9mm semi-automatic pistol | AESX160 |
| 72 | Bass Pro Shops | Glock, Model 43 9mm semi-automatic pistol | AESX162 |
| 73 | 707 Gun Shop | Glock, Model 31 Gen 4, .357 caliber semi-automatic pistol | BGDC693 |
| 74 | Elite Firearms LLC | Canik, Model TP9DA, 9mm semi-automatic pistol | 20B104984 |
| 75 | Elite Firearms, LLC | Canik, Model TP9DA, 9mm semi-automatic pistol | 20BJ04982 |
| 76 | Elite Firearms LLC | Canik, Model TP9DA, 9mm semi-automatic pistol | 20BJ04981 |
| 77 | Elite Firearms, LLC | Canik, Model TP9DA 9mm semi-automatic pistol | 20BJOS117 |

| 78 | Elite Firearms LLC | CZ, Model PO1, 9mm semi-automatic pistol | 0312591 |
|---|---|---|---|
| 79 | Elite Firearms, LLC | Glock, Model 43, 9mm semi-automatic pistol | AEUK984 |
| 80 | Elite Firearms, LLC | Smith & Wesson, Model M&P, .40 caliber semi- automatic pistol | NBP6697 |
| 81 | Elite Firearms, LLC | H&K, Model VP9, 9mm semi-automatic oistol | 224-290930 |
| 82 | Elite Firearms, LLC | SAR Arms, Model SAR-9, 9mm semi-automatic pistol | Tl 102-20BVS9300 |
| 83 | Bass Pro Shops | Glock, Model 19 Gen 4, 9mm semi-automatic pistol | ACTH751 |
| 84 | Bass Pro Shops | , Model 509 9mm semi-automatic pistol | GKS0089983 |
| 85 | Bass Pro Shops | Glock, Model 19 Gen 4, 9mm semi-automatic pistol | ACTH773 |
| 86 | Bass Pro Shops | Glock, Model 19 Gen 4, 9mm semi-automatic pistol | ACTH752 |
| 87 | Bass Pro Shops | FN,Model509,9mm semi-automatic pistol | GK.80112673 |
| 88 | Bass Pro Shops | FN, Model 509, 9mm semi-automatic pistol | GKS0114228 |
| 89 | Bass Pro Shops | HS/Springfield, Model XDS-2, .45 caliber semi-automatic pistol | HG147435 |
| 90 | Bass Pro Shops | Smith & Wesson, Model M&P M2.0, 9mm semi- automatic | NHC9668 |

|  | | pistol | |
|---|---|---|---|
| 91 | Elite Firearms, LLC | Glock, Model G19, 9mm semi-automatic pistol | KSE450 |
| 92 | Elite Firearms, LLC | Glock, Model G19, 9mm semi-automatic pistol | BPXG807 |
| 93 | Elite Firearms, LLC | Glock, Model G19, 9mm semi-automatic pistol | BRBB337 |
| 94 | Elite Firearms LLC | Glock, Model 019, 9mm semi-automatic pistol | BPXS031 |
| 95 | Elite Firearms LLC | Glock, odel Gen 5 G17, 9mm semi-automatic pistol | BRDE447 |
| 96 | Elite Firearms, LLC | Glock, Model Gen 5 G17, 9mm semi-automatic pistol | BRDE363 |
| 97 | Elite Firearms, LLC | Ruger, Model 57, 9mm semi-automatic pistol | 641-60201 |
| 98 | Elite Firearms, LLC | Glock,Model 19,9mm semi-automatic pistol | BRFR575 |
| 99 | Dicks Pawn West | Glock,Model 19,9mm semi-automatic pistol | BRGF681 |
| 100 | Dicks Pawn West | Glock, Model 19 Gen 5, 9mm,semi-automatic pistol | BRFT834 |
| 101 | Dicks Pawn West | Glock, Model 48, 9mm semi-automatic pistol | AESZ729 |
| 102 | Dicks Pawn West | Smith & Wesson, Model M&P 40, .40 caliber semi- automatic pistol | NAJ801 |

as firearms involved in or used in the defendant's violations of the aforesaid offenses alleged in Counts One and Two of the Indictment (hereinafter referred to as the "Subject Property").

4.     Pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture may be made final as to the defendant, prior to his sentencing and shall be made part of the sentence and included in the judgment. See *United States v. Bennett*, 423 F.3d. 271 (3d Cir. 2005) (to be effective, a forfeiture order must be included in sentence and judgment).

5.     Upon entry of this Order, the Attorney General or a designee is authorized to seize any specific property subject to forfeiture that is identified in this Order, pursuant to Fed. R. Crim. P. 32.2(b)(3).

6.     Upon entry of this Order, the Attorney General or a designee, pursuant to Fed. R. Crim. P. 32.2(b)(3) and 21 U.S.C. § 853(m), is authorized to conduct any discovery to identify, locate, and dispose of property subject to this Order and to address any third-party claims, including depositions, interrogatories, requests for production of documents, and subpoenas pursuant to Fed. R. Civ. P. 45.

7.     Pursuant to 21 U.S.C. § 853(n)(1), and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, made applicable pursuant to Fed. R. Crim. P. 32.2(b)(6)(c), the United States Government shall put notice on an official internet government forfeiture site (www.forfeiture.gov) for 30 consecutive days, notice of the government's intent to dispose of the Subject Property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the property subject to this Order must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Subject Property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim, and the relief sought.

8.      The United States shall also, pursuant to 21 U.S.C. § 853(n)(1), to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is subject to the Judgment and Preliminary Order of Forfeiture, and to their attorney, if they are represented, as a substitute for published notice as to those persons so notified.

9.      Any person, other than the defendant, asserting a legal interest in the Subject Property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of his alleged interest in the Subject Property, and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n)(6).

10.      Following the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rule of Civil Procedure upon showing that such discovery is necessary or desirable to resolve factual issues.

11.      The United States shall have clear title to the Subject Property following the Court's disposition of all third-party interests.

12.      The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

- 11 -

13.     The Clerk of the United States District Court for the Eastern District of Pennsylvania shall deliver a copy of this Judgment and Preliminary Order of Forfeiture to counsel for the parties.

ORDERED this __7th__ day of _____February_____, 2024.


/s/ Chad F. Kenney

_____
**HONORABLE CHAD F. KENNEY**
**United States District Court Judge**